UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
APR 1 5 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

JUPP DUSTIN LIBBY (3),

                Defendant.

CASE NO. 13CR723-DMS

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Information:

21:846 and 841 (a)(1); 21:853 - Conspiracy to Manufacture and Distribute Marijuana

and Criminal Forfeiture

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 4/10/2014

Mitchell D. Dembin
U.S. Magistrate Judge